THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WILLIE RUSSELL,

        Plaintiff,

   v.

DEPUTY SHERIFF ZOELLIN, *et al.*,

        Defendants.

CASE NO. C18-0827-JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's counsels' motion to withdraw without substitution (Dkt. No. 47). Plaintiff's counsel Thomas Olmstead did not properly sign the motion under this District's electronic filings procedures.[1] (*See* Dkt. No. 47.) Mr. Olmstead shall file a corrected signature page via *praecipe*, no later than Friday, June 7, 2019. If counsel fails to file a corrected signature page, the Court will strike the motion to withdraw.

---

[1] "Attorney signatures: All pleadings, written motions, and other filings shall be dated and signed as provided by Federal Rule of Civil Procedure 11 and Local Civil Rules 10 and 11. *An electronically filed pleading or other document which requires an attorney's signature must have the signors' names printed or typed on the line and under all signatures lines.* Documents not signed in accordance with these requirements might not be considered." U.S. District Court, Western District of Washington Electronic Filing Procedures for Civil and Criminal Cases, amended 10/1/2018 (emphasis added).

MINUTE ORDER
C18-0827-JCC
PAGE - 1

1     DATED this 6th day of June 2019.

William M. McCool<br>
Clerk of Court<br><br>
s/Tomas Hernandez<br>
Deputy Clerk

MINUTE ORDER
C18-0827-JCC
PAGE - 2